# EXHIBIT 1

<u>Editorial Policy</u>

"But as for me and my house, I will serve the Lord." Joshua 24:15

## <u>My mission</u>

I started my journey as a photographer while volunteering with a Christian youth ministry. I discovered that I could use my camera as a tool to tell stories and that these stories allowed me to connect with students. Since then, my Christian faith has been an integral part of my photography and my business. I seek to create unique art, in a photojournalistic fashion, to promote messages consistent with my Christian values.

To be transparent about what my editorial process looks like, and the types of photographs my company can and cannot create, Bob Updegrove Photography adheres to the following principles.

## <u>Guiding principles</u>

**Creative:** Photojournalists aspire to tell a story. I draw on over thirty years' experience to capture subjects spontaneously and candidly and to create a final product that is unique and artistic. But to craft a genuine narrative, I must be able to freely exercise my artistic discretion. While I sometimes capture choreographed poses and scenes at a client's request, I do not photograph from a "shot list" or guarantee that the photographs will look a certain way. I always retain full artistic license to capture the scenes I want to capture, and to edit the photographs as I see fit.

**Respectful:** I believe that all people are created in the image of God. As such, my photography treats individual subjects the same way that I would like to be treated and photograph them the way I would like to be photographed—with respect and dignity, but also with an eye to keeping things light-hearted.

**Reverent:** I believe that everything I create should reflect God's artistry and creativity as well as His goodness and truth. My ultimate goal is to create photography that honors Him and that encourages others to value actions and ideas that are good and true. I will not promote messages that contradict Biblical teachings or participate in events that violate my religious beliefs.

These principles inform the content I create and the messages I promote. I work with any person—regardless of race, color, religion, national origin, sex, or sexual orientation—when the services they request promote messages, causes, and platforms that are consistent with my guiding principles. I cannot, however, work

with any client in a way that promotes messages, causes, or platforms contrary to my guiding principles.

For example, as a company based upon Christian values, I believe that religious liberty is a human right and that a free market is the best way to promote individual freedom. Hence, I have created photography promoting conservative organizations that support these views, like the American Foreign Policy Council, Young America's Foundation, the Claremont Institute, the Clare Booth Luce Center for Conservative Women, and the Center for American Liberty. By the same token, I cannot create photography that promotes platforms or organizations supporting the censorship of religious beliefs or socialist government policies like the Human Rights Campaign, the Freedom from Religion Foundation, or the Democratic Socialists of America.

I also believe in the nuclear family and that it has never been more important to promote counter-cultural ideas about God's design for marriage. Hence, I will gladly photograph weddings, and I've photographed hundreds of them over the course of my career. But because I believe marriage is a sacred union between one man and one woman and weddings are sacred ceremonies, I cannot create photographs that promote concepts of marriage contrary to these views, such as photographs for same-sex weddings, weddings celebrating open-relationships, or weddings that contain sacrilegious themes. Nor can I participate in wedding ceremonies that honor, celebrate, or use prayers to solemnize these unions.

I adhere to these principles because the mission of Bob Updegrove Photography is not just to make a profit, but to serve as a ministry and help spread the Gospel. When I cannot fulfill a particular request, I make every effort to refer the person to capable photographer who can.


These policies of Bob Updegrove Photography are adopted this _____ day of _____, 2020, by:


_____

Bob Updegrove, Member