# EXHIBIT 2

Early in my career, I had little interest in wedding photography. I mostly did multi-image work (slideshows overlaid with audio) for school events. Back then, the shows were a novelty. Students loved them, I really enjoyed the creative and interpersonal side of working with students.

Eventually, the kids I photographed in school grew up. They started getting married. And suddenly I had lots of clients asking me to photograph their weddings. The more weddings I shot, the more I really enjoyed them. Making a lifelong commitment is no small thing in this day and age. I find it's something *worth* celebrating, now more than ever.

If you're interested in hiring me, please take a look at my portfolio to get to know my photography style. It's important to find a photographer who is a good fit for capturing your event.

In the same vein, I want to be sure that I can honestly celebrate your wedding. That produces the best photographs. And because of my Christian faith, I cannot genuinely celebrate every concept of marriage out there. I believe marriage is a sacred covenant between one man and one woman. So I cannot photograph same-sex weddings, weddings that incorporate irreverent themes, or any wedding celebration that contradicts what the Bible teaches about marriage.

I know these ideas may be a bit old-fashioned. That is why I think it is important to publicly celebrate them, and why I want to be transparent about the services I can provide. I thank you in advance for your understanding.

I have been fortunate in my life to pursue my passion as my career. I'm grateful for your time and interest in my photography.