IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROBERT UPDEGROVE *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:20-cv-01141-CMH-JFA |
| ) | |
| MARK R. HERRING *et al.*, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED]**
**ORDER GRANTING JOINT MOTION TO SET COMBINED BRIEFING SCHEDULE AND CONSOLIDATED HEARING**

The matter came before the Court on the parties' Joint Motion to Set Combined Briefing Schedule and Consolidated Hearing. On consideration of the parties' submissions, the parties' agreement, and good cause shown:

It is hereby ORDERED that the Motion is GRANTED;

It is hereby ORDERED that Defendants' deadline to respond to Plaintiffs' Motion for Preliminary Injunction (Dkt. 2) and to respond to the Complaint shall be Monday, November 16, 2020;

It is hereby ORDERED that Plaintiffs' deadline to submit a Reply in support of their Motion for a Preliminary Injunction and a response to Defendants' Motion to Dismiss shall be Monday, December 14, 2020;

It is hereby ORDERED that Defendants' deadline to submit a Reply in support of their Motion to Dismiss shall be Wednesday, December 23, 2020;

It is hereby ORDERED that a combined hearing on both Plaintiffs' Motion for Preliminary Injunction and Defendants' forthcoming Motion to Dismiss shall be held on Friday, January 15, 2021, at 10:00 a.m.

Date: _____    _____