**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ROBERT UPDEGROVE *et al.*, ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:20-cv-01141-CMH-JFA |
| ) | |
| MARK HERRING *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS**

PLEASE TAKE NOTICE that, pursuant to the Court's Order dated October 9, 2020 granting the parties' Joint Motion to Set Combined Briefing Schedule and Consolidated Hearing, Defendants will move the Court for an order dismissing the Complaint on Friday, January 15, 2021 at 10:00 a.m. or as soon thereafter as counsel may be heard. See Dkt. 19.

Dated: November 16, 2020                    Respectfully submitted,

                                            MARK HERRING
                                            R. THOMAS PAYNE, II

                                      By:   */s/ Jessica Merry Samuels*
                                            Jessica Merry Samuels (VSB No. 89537)
                                            *Assistant Solicitor General*

Mark R. Herring
   *Attorney General*

Erin B. Ashwell (VSB No. 79538)
   *Chief Deputy Attorney General*

Samuel T. Towell (VSB No. 71512)
   *Deputy Attorney General*

Toby J. Heytens (VSB No. 90788)
   *Solicitor General*

Michelle S. Kallen (VSB No. 93286)
Martine E. Cicconi (VSB No. 94542)
   *Deputy Solicitors General*

Jessica Merry Samuels (VSB No. 89537)
   *Assistant Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-6835 – Telephone
(804) 371-0200 – Facsimile
solicitorgeneral@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel who have appeared, including

Charles Douglas Welty
C. Douglas Welty LLC
2111 Wilson Boulevard
Suite 800
Arlington, VA 22201
cdwelty@weltyblair.com

*Counsel for Plaintiffs*

                                           */s/ Jessica Merry Samuels*
                                           Jessica Merry Samuels