**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| ROBERT UPDEGROVE and LOUDOUN MULTI-IMAGES LLC *doing business as* BOB UPDEGROVE PHOTOGRAPHY,<br><br>*Plaintiffs,*<br><br>v.<br><br>MARK R. HERRING, *in his official capacity as Virginia Attorney General*, and R. THOMAS PAYNE, II, *in his official capacity as Director of the Virginia Division of Human Rights and Fair Housing*,<br><br>*Defendants.* | Case No. 1:20-cv-01141-CMH-JFA |

**NOTICE OF WAIVER OF HEARING**

Pursuant to Local Civil Rule 7(E), *amici curiae* waive oral argument in connection with their consent motion for leave to file an *amicus* brief in support of Defendants. All parties to the litigation have consented to the filing of the brief.

Respectfully submitted,

RICHARD B. KATSKEE*
KENNETH D. UPTON, JR.*
SARAH R. GOETZ*
  *Americans United for Separation of
    Church and State*
  *1310 L Street NW, Suite 200*
  *Washington, DC 20005*
  *(202) 466-3234*
  *(202) 466-3353 (fax)*
  *katskee@au.org*

*/s/ Victor M. Glasberg*

VICTOR M. GLASBERG
  *VSB No. 16184*
  *Attorney for Amicus Curiae*
  *Victor M. Glasberg & Associates*
  *121 S. Columbus Street*
  *Alexandria, VA 22314*
  *(703) 684-1100*
  *(703) 684-1104 (fax)*
  *vmg@robinhoodesq.com*

*\* Pro hac vice motions filed.*

*Counsel for* Amici Curiae

Date:    November 23, 2020.

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2020, the foregoing brief was filed using the Court's CM/ECF system, through which counsel for all parties will be served.

*/s/ Victor M. Glasberg*

VICTOR M. GLASBERG
*VSB No. 16184*
*Attorney for Amicus Curiae*
*Victor M. Glasberg & Associates*
*121 S. Columbus Street*
*Alexandria, VA 22314*
*(703) 684-1100*
*(703) 684-1104 (fax)*
*vmg@robinhoodesq.com*
