IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Robert Updegrove, et al., | ) | Civil Action No. 1:20-cv-01141-CMH-JFA |
| (Plaintiff) | ) | |
| v. | ) | |
| Mark R. Herring, et al., | ) | **NOTICE OF WAIVER** |
| (Defendant) | ) | **OF ORAL ARGUMENT** |

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7, American Civil Liberties Union & American Civil Liberties Union of Virginia, who is the *amici curiae*, hereby waives oral argument and submits thier unopposed motion to file an *amicus* brief in support of Defendants on the record and the briefs.

/s/ Nicole Tortoriello
(Party or Attorney Signature)
Nicole Tortoriello
(Name Printed)
American Civil Libertieies Union Foundation of Virginia, Inc.
(Address)
701 E. Franklin St. Ste. 1412
(Address)
Richmond, VA 23219
(Address)
804 - 644 - 8080
(Telephone Number)