# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Robert Updegrove, et al. | ) | **Civil Action No.** 1:20-cv-01141 |
| | ) | |
| (Plaintiff) | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF WAIVER** |
| Mark Herring et al. | ) | **OF ORAL ARGUMENT** |
| | ) | |
| (Defendant) | ) | |

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7, the North Carolina Values Coalition and the Institute for Faith and Family, who is the Amicus Curiae, hereby waives oral argument on its unopposed Motion for Leave to file Amicus Curiae and submits the matter on the record and the briefs.

/s/ William R. Thetford Jr.
305 Harrison Street, S.E., Third Floor
Leesburg, VA 20175
WRT@SimmsShowersLaw.com
703-771-4671