## ** CIVIL MINUTES **

Date: 01/15/2021                                    Judge: Hilton
                                                    Reporter: J. Egal

Time: 10:00 am – 10:47 am

Civil Action Number: 1:20-cv-01141

Robert Updegrove et al v. Mark R. Herring et al

| Counsel for Plaintiffs: | Counsel for Defendants: |
|---|---|
| Charles Welty | Jessica Samuels |
| Jonathan Scruggs | Toby Heytens |
| Johannes Wildmalm-Delphone | |

Appearance of Counsel.

Matter on for:

[2] Plaintiffs' Motion for Preliminary Injunction and [21] Defendant's Motion to Dismiss were argued and taken under advisement and order to follow.