# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| ROBERT UPDEGROVE et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:20-cv-01141-CMH-JFA |
| MARK HERRING et al., | ) ) ) |
| Defendants. | ) |

## DECLARATION OF MONA HAFEEZ SIDDIQUI

I, Mona Hafeez Siddiqui, declare as follows:

1. I am currently employed as Deputy Chief Diversity Officer for Virginia Governor Ralph S. Northam and Senior Policy Advisor to the Office of New Americans. I have worked in this role since November 18, 2020. Prior to that, I served as an Assistant Attorney General in the Virginia Office of the Attorney General.

2. In my capacity as Assistant Attorney General, I executed a declaration in this matter on November 16, 2020. See Dkt. 20-1.

3. It has since come to my attention that certain statements in that declaration were not accurate at the time they were made. I submit this declaration to alert the Court of the error, and I understand that the Office of the Attorney General will be submitting a new declaration to correct the record.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1

Executed on May 27, 2021 at Richmond, Virginia.

*[signature]*
Mona Hafeez Siddiqui